■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS VILELLA, JR., Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 11, 1970 upon resentence, convicting him of rape in the first degree, upon a guilty plea, and imposing

944

sentence. Judgment reversed, on the law, and case remitted to the Criminal Term for resentence of defendant upon a new and current psychiatric examination and report, as required by section 2189-a of the former Penal Law (*People* v. *Spry*, 5 A. D. 2d 835). Hopkins, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.